# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| WAREHOUSE INVESTORS, LLC, DIXON PROPERTIES – 3811, LLC 51ST STREET PROPERTIES, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> AFFILIATED FM INSURANCE COMPANY, <br><br> Defendant. | Civil No.: 4:20-cv-00397-JAJ-HCA <br><br> **DEFENDANT AFFILIATED FM INSURANCE COMPANY'S MOTION TO DISMISS** |

Defendant Affiliated FM Insurance Company hereby moves the Court pursuant to Fed. R. Civ. P. 12(b)(1), 12(b)(4), and 12(b)(6) and Local Rule 7 for an Order granting this Motion to Dismiss in its favor and against the Plaintiffs Warehouse Investors, LLC, Dixon Properties—3811, LLC, and 51st Street Properties, LLC on the grounds that the Petition was not properly served upon Affiliated FM; Plaintiffs lack standing to bring suit; the Petition lacks subject matter jurisdiction because this case is premature and not ripe for adjudication; and the Petition fails to state a claim upon which relief can be granted.

This Motion is based upon all pleadings submitted by Plaintiff herein, together with the accompanying Memorandum of Law, supporting Declaration, and the arguments of counsel.

ORAL ARGUMENT REQUESTED

Respectfully submitted,

                                    GROTEFELD, HOFFMANN, GORDON,
                                    OCHOA & EVINGER, LLP

Dated: January 8, 2021        By   /s/Timothy S. Poeschl
                                            Timothy S. Poeschl
                                            150 South Fifth Street, Suite 3650
                                            Minneapolis, MN 55402
                                            Telephone: 612-564-4881
                                            Fax: 612-326-9996
                                            tpoeschl@ghlaw-llp.com

                                    *Attorneys for Defendant*
                                    *Affiliated FM Insurance Company*